the verdict and a new trial ordered, with costs to the defendant Fina, unless the plaintiff stipulates to a reduction of the verdict against Fina to the sum of $15,000, in which event the judgment insofar as it is in favor of plaintiff against Fina is modified to that extent, and, as so modified, the judgment is affirmed, with costs to said defendant. Settle order on notice. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bergan, JJ.

■ BLOCKTON REALTY CORPORATION, Respondent, v. DARLING STORES CORPORATION, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bergan, JJ.

■ NECO DISTRIBUTORS CORP., Respondent, v. DAVID L. WILKOFF, Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bergan, JJ.

■ NORTH-EASTERN MERCANTILE CORP., Respondent, v. INTER OCEAN COMMERCE CORP., Appellant.— Judgment of June 18, 1959 unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bergan, JJ.

■ NORTH-EASTERN MERCANTILE CORP., Respondent, v. INTER OCEAN COMMERCE CORP., Appellant.— Judgment of June 22, 1959 unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bergan, JJ.

■ In the Matter of the Probate of the Will of SARA SANDBERG, Deceased. CAROL A. BROWN et al., Appellants; LEON SANDBERG, as Executor of SARA SANDBERG, Deceased, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ MARINA J. FUNTANELLAS, Respondent, v. RAUL FUNTANELLAS, Appellant.— The appeal from the order of May 19, 1959, unanimously modified on the law and on the facts, without costs, by reducing the amount of the alimony to $30 per week, and, as so modified, affirmed. The record before us does not warrant a weekly allowance in excess of $30 per week. The appeal from the order of July 15, 1959, unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ PUBLIC ADMINISTRATOR OF NEW YORK COUNTY, as Administrator of the Estate of SALVATORE FRIERI, Deceased, Respondent, v. VINCENTE GALLO et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of C'EST SI BON REST., INC., Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ HAROLD BRUCE, Respondent, v. WOLL BROS. INC., Appellant.— Motion for leave to reargue appeals denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ HAROLD BRUCE, Respondent, v. WOLL BROS. INC., Appellant.— On the settlement of the order on these appeals, the order submitted by the respondent has been signed. This order, which modifies the order resettling the judgment and the resettled judgment, both entered December 2, 1958, in accordance with the memorandum decision filed herein on October 20, 1959, dismisses the appeal from the original judgment entered November 7, 1958,